Commonwealth *v.* Steele, Appellant.

Argued November 8, 1971. *Albert J. Dudash, Jr.,* Assist-

ant Public Defender, for appellant; *Alfred L. Steff, Jr.,* Assistant District Attorney, with him *Robert C. Reed,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.